FILED IN CHAMBERS
U.S.D.C. - Atlanta

NOV 15 2016

James N. Hatten, Clerk
By: AMCaruu Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MAXIMILIANO SILVA CAMPOS, | |
| Movant | CRIMINAL ACTION NO. 1:12-CR-268-ODE-AJB |
| v. | CIVIL ACTION NO. 1:16-CV-2831-ODE-AJB |
| UNITED STATES OF AMERICA, | |
| Respondent | |

## ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed August 10, 2016 [Doc. 26] ("R&R"). No objections have been filed.

In the R&R, Judge Baverman recommends that Movant's § 2255 motion be dismissed as untimely, a Certificate of Appealability ("COA") be denied, and that Civil Action No. 1:16-CV-2831-ODE-AJB be dismissed. Specifically, Judge Baverman found that Movant filed his § 2255 motion more than two and one-half years late.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's § 2255 motion is DISMISSED, a COA is DENIED, and Civil Action No. 1:16-CV-2831-ODE-AJB is DISMISSED.

SO ORDERED, this __14__ day of November, 2016.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE